PROB 22 (Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER (Tran. Court): 0860 4:03CR00153-01
DOCKET NUMBER (Rec. Court): 5:21-cr-00108-JGB

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Eric Lamont Williams | Eastern District of Arkansas | Little Rock |

FILED CLERK, U.S. DISTRICT COURT
05/11/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: AP DEPUTY

NAME OF SENTENCING JUDGE: U.S. District Judge Susan Webber Wright

DATES OF PROBATION/SUPERVISED RELEASE: FROM September 15, 2020 TO September 14, 2028

**OFFENSES**

Count One: Conspiracy to Possess with Intent to Distribute and Distribute less than 50 Kilograms of Marijuana
Count Two: Conspiracy to Possess with Intent to Distribute and Distribute more than 5 Grams of Cocaine Base
Count Five: Aiding and Abetting the Possessing with Intent to Distribute More Than 5 Grams of Cocaine Base

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **Eastern District of Arkansas**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **Central District of California** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

1/20/2021 — Date

/s/ Susan Webber Wright — United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **Central** DISTRICT OF **California**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5/7/21 — Effective Date

[signature] — United States District Judge